UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mark Eugene Ricks, § | |
| § | |
| Plaintiff, § | |
| versus § | Civil Action H-19-0587 |
| § | |
| Jessica Khan, MD, et al. § | |
| § | |
| Defendants. § | |

## Final Judgment

Mark Eugene Ricks's complaint is dismissed with prejudice.

Signed at Houston, Texas, on _March 19_, 2020.

Lynn N. Hughes
United States District Judge