United States District Court
Southern District of Texas
**ENTERED**
April 12, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Mark Eugene Ricks, § | |
| § | |
| Plaintiff, § | |
| § | |
| *versus* § | Civil Action H-19-587 |
| § | |
| Jessica Khan, MD, et al., § | |
| § | |
| Defendant. § | |

## Order Denying Certificate of Appealability

Having made no substantial showing of the denial of a constitutional right, Mark Eugene Ricks is denied a certificate of appealability.

Signed on April 12, 2020, at Houston, Texas.

Lynn N. Hughes  USDJ
United States District Judge